UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | NO.    CR-02-0272-WFN-1 |
| ) | |
| -vs- ) | ORDER |
| ) | |
| ANTONIO FELICIANO CRAWFORD, ) | |
| Defendant. ) | |

Pending before the Court is Defendant's Motion for Reduction of Sentence Pursuant to § 3582(c)(2) (ECF No. 280). Defendant is ineligible for resentencing as he was sentenced pursuant to a Rule 11(c)(1)(C) Plea Agreement which the Court concurred with that was outside of the advisory guidelines.

The Court has reviewed the file and Motions and is fully informed. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion for Reduction of Sentence Pursuant to § 3582(c)(2), filed February 9, 2012, **ECF No. 280**, is **DENIED**.

2. The Government's Motion for Enlargement of Time to File Response, filed February 17, 2012, **ECF No. 281**, is **GRANTED**.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this   22nd   day of March, 2012.

s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
SENIOR UNITED STATES DISTRICT JUDGE

03-22-12

ORDER