PROB 12C
(7/93)

Report Date: November 17, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 1 8 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Antonio Feliciano Crawford          Case Number: 0980 2:02CR00272-001

Address of Offender: ███████████████████████████████████████

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 2, 2003

| | |
|---|---|
| Original Offense: | Distribution of Heroin, 21 U.S.C. § 841(a)(1); Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison 210 months; TSR - 72 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | George J.C. Jacobs, III | Date Supervision Commenced: | January 11, 2013 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: | January 10, 2019 |

---

### PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br>**Mandatory Condition # 3**: The defendant shall not illegally possess a controlled substance.<br><br>**Supporting Evidence**: On November 12, 2014, Antonio Crawford was arrested for delivery of a controlled substance.  Specifically, he was observed by law enforcement with an individual who sold Oxycodone to a confidential informant. The individual was later interviewed by law enforcement, and reported that Antonio Crawford was his supplier of Oxycodone.  Law enforcement has since executed search warrants of Mr. Crawford's bank accounts, and have located over $28,000.<br><br>The above-referenced  matter is pending in Spokane County Superior Court, and Mr. Crawford is scheduled to be arraigned on November 25, 2014, at 9:30 AM. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

Prob12C
Re: Crawford, Antonio Feliciano
November 17, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/17/2014

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

11/18/14

Date