PROB 12C
(7/93)

Report Date: December 8, 2014

# United States District Court

for the

### Eastern District of Washington

FILED IN THE
U S DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 09 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Antonio Feliciano Crawford          Case Number: 2:02CR00272-WFN-1

Address of Offender: ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: June 2, 2003

Original Offense:   Distribution of Heroin, 21 U.S.C. § 841(a)(1);
                    Distribution of Cocaine Base, 21 U.S.C. § 841(a)(1)

Original Sentence:  Prison - 210 months;              Type of Supervision: Supervised Release
                    TSR - 72 months

Asst. U.S. Attorney: George J. C. Jacobs, III         Date Supervision Commenced: January 11, 2013

Defense Attorney:   Federal Defenders Office          Date Supervision Expires: January 10, 2019

---

### PETITIONING THE COURT

To issue a warrant and incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on November 17, 2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

2                       **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

                        **Supporting Evidence**: Mr. Crawford was arrested on December 8, 2014, in the City of Spokane for the charge of Third Degree Rape, in violation of RCW 9A.44.060, a felony. In addition, he was charged with Unlawful Imprisonment with Sexual Motivation, in violation of RCW 9A.40.040, a felony.

Prob12C
Re: Crawford, Antonio Feliciano
December 8, 2014
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/08/2014

s/Matthew L. Thompson

Matthew L. Thompson
Supervising U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

12/9/14
Date